**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| PAUL FINDLEY, | Case No. 03-73041 |
| Plaintiff, | DISTRICT JUDGE<br>ARTHUR J. TARNOW |
| v. | |
| UNITED POSTAL SERVICE, | MAGISTRATE JUDGE<br>R. STEVEN WHALEN |
| Defendant. | |
| _____/ | |

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [16]

This is a disability discrimination case under Michigan's Persons With Disabilities Civil Rights Act. Before the Court is Defendant's motion for summary judgment [16]. On August 23, 2005, the Court heard oral arguments on Defendant's motion. For the reasons stated on the record at the motion hearing,

IT IS HEREBY ORDERED that Defendant's motion for summary judgment is GRANTED.

IT IS SO ORDERED.

s/ Arthur J. Tarnow
Arthur J. Tarnow
United States District Judge

Dated: 8/23/05

I hereby certify that a copy of the foregoing document was served upon counsel of record on   August 23, 2005  by electronic and/or ordinary mail.

/s/Thersa E. Taylor
Case Manager